IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 21 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| ANTONIO HERRERA, | ) |
| Plaintiff, | ) Case No. 7:09CV00129 |
| v. | ) |
| | ) **FINAL ORDER** |
| DR. THOMPSON, ET AL., | ) By: Glen E. Conrad |
| Defendant. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and stricken from the active docket of the court.

ENTER: This 21st day of May, 2009.

_/s/ Glen E. Conrad_
United States District Judge